**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 20-33122 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | OPFREE RE INVESTMENTS LTD. | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: 06/30/22 | (2nd reporting period for this case) | | | Claims Bar Date: | 05/05/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ANY BUILDING, LAND OR OTHER IMPROVED REAL ESTATE LOT 1R2, BLOCK 1, WESTERN CENTER ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN CABINET A, SLIDE 12025, PLAT RECORDS OF TARRANT COUNTY, TEXAS.  NET BOOK VALUE $2,643,000.00 | 1,111,000.00 | 1,111,000.00 | | 1,250,000.00 | FA |

TOTALS (Excluding Unknown Values)  $1,111,000.00  $1,111,000.00  $1,250,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED.  ORDER ENTERED 08/20/2021.  LEAD CASE IS ADETPUS HEALTH LLC, 20-33071.  ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22     Current Projected Date of Final Report (TFR): 02/01/24

LFORM1                                                                                                                                                                    Ver: 22.06b